No. 251. ROCKWOOD CORPORATION *v.* BRICKLAYER'S LOCAL UNION No. 1 ET AL. October 21, 1929. Petition

576

for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Mat J. Holland* and *George Eigel* for petitioner. *Messrs. T. J. Rowe* and *Thomas J. Rowe, Jr.*, for respondents.